ORIGINAL

# Return

| Case No: | Date and time warrant served on provider: |
|---|---|
| 17MJ02090 | 8/18/2017  5:25PM |

Inventory made in the presence of: SA Kyle Duncan

Inventory of data seized:
[Please provide a description of the information produced.]

1. PDF file 880816732081221, containing information for Instagram account the38superman. Received on 9/12/2017

2. Zip folder 880816732081221, containing information for Instagram account the38superman. Received on 9/12/2017

## Certification

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 9/14/2017

_____
Executing officer's signature
Tolliver Hart, Special Agent
Printed name and title